**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kevin P Dixon, et al.
                        Plaintiff,

v.                                        Case No.: 1:09−cv−06976
                                       Honorable Harry D. Leinenweber

Cook County, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 10, 2011:

    MINUTE entry before Honorable Harry D. Leinenweber:Status hearing held and continued to 8/17/2011 at 9:00 a.m. Under the conditions set forth in open court, Plaintiff's Motion to extend discovery is granted in part and denied in part. Discovery to close 8/17/2011. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.